# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Docket No. 5:08-CR-299-1FL

DANIEL SMITH

On April 2, 2010, the above named was placed on supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,  Respectfully submitted,

/s/Jeffrey L. Keller  /s/Scott Plaster
Jeffrey L. Keller  Scott Plaster
Supervising U.S. Probation Officer  U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _16_ day of _____, 2012.

Louise W. Flanagan
U.S. District Judge